UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL NAPS, INC., <br>                 Plaintiff, <br><br> v. <br><br> VERIZON NEW ENGLAND, INC., <br>                 Defendant. | Civil Action No. 02-12489-RWZ <br><br> Civil Action No. 05-10079-RWZ |

**ORDER ON
DISPOSITION OF LANCASTER, PA RAILROAD
RIGHT-OF-WAY LICENSE AGREEMENT**

At Boston, Massachusetts, in said District this ___31st___ day of March, 2011.

This matter having come before me on the "Receiver's Motion For An Order Authorizing and Approving Private Sale And Assignment of Lancaster, Pennsylvania Railroad Right-of-Way License Agreement Free and Clear of All Liens, Claims and Encumbrances" (Docket No. 659), (the "Motion"), due notice having been provided to interested parties, only one response or objection having been filed at Docket No. 675 (the "Amtrak Response") with respect to such Motion and notice, the Amtrak Response being withdrawn by agreement between the Receiver, and the National Railroad Passenger Corporation ("Amtrak") concurrently with the entry of this Order, and upon determination by this Court that no hearing is necessary because the Amtrak Response has been resolved and is being withdrawn concurrently with the entry of this Order and no other responses or objections have been filed, and having found that the disposition of the Railroad Right-of-Way License Agreement by and between National Railroad Passenger Corporation and Global NAPS Networks, Inc. dated as of October 1, 2001, as amended (the "Amtrak-GNN Lancaster Agreement"), and the sale of the "GNN Lancaster Facilities" (as this

term is defined in decretal paragraph 2, below), are in the best interests of the Receivership estate, it is hereby ORDERED:

1. The "Termination of Railroad Right-of-Way License Agreement by and between National Railroad Passenger Corporation and Global NAPS Networks, Inc. and Amendment to Railroad Right-of-Way License Agreement by and between National Railroad Passenger Corporation and First Telecom Services, LLC", a copy of which is attached hereto as Exhibit A (the "Lancaster TAA"), is hereby approved; and the Receiver, being duly appointed by this Court, as evidenced by that certain Amended Order for Appointment of Keeper and Receiver dated May 13, 2010, (Docket No. 624) ("Receiver") is hereby authorized to execute and deliver the Lancaster TAA and to take whatever actions are deemed necessary or appropriate and issue, execute and deliver whatever documents as may be necessary or appropriate to implement and effectuate the Lancaster TAA.

2. The Receiver, is hereby authorized to sell the GNN Lancaster Facilities (as this term is defined in Section 1.03 of the Lancaster TAA) to First Telecom Services, LLC or its nominee (individually or together, the "Buyer"), for a total purchase price of $160,000.00 (the "Sale Proceeds"), and to execute all documents necessary to effectuate and complete the transfer of the GNN Lancaster Facilities to the Buyer.

3. The Sales Proceeds represent the highest and best offer received by the Receiver for the GNN Lancaster Facilities, are fair and reasonable, and constitute reasonably equivalent value and fair consideration under applicable federal and state law.

4. Said sale shall be free and clear of all claims, liabilities, equities, exceptions, contracts, options, obligations, encumbrances, charges, rights of third parties (whether express or implied) restrictions, mortgages, security interests, and other liens or liabilities of any nature with the exception of those contained in such Amtrak-GNN Lancaster Agreement, as modified by the Lancaster TAA.

5. Any and all valid liens and encumbrances, duly perfected and enforceable, shall attach to the Sale Proceeds according to the priorities under applicable law.

6. The Receiver shall pay, directly from the Sale Proceeds, all taxes due and owing on the GNN Lancaster Facilities, if any.

7. The Receiver shall pay, directly from the Sale Proceeds, any and all reasonable closing costs associated with the sale of the GNN Lancaster Facilities, which are normally and customarily payable by a seller of such property.

8. The balance of the Sale Proceeds shall be placed in the Receiver's receivership account to be distributed pursuant to further order of the Court.

_____
Honorable Rya W. Zobel
United States District Court

# Attachment 3.02 to Termination and Amendment Agreement between Amtrak, GNN and FTS

# ATTACHMENT 3.02

## Bill of Sale

KNOW ALL MEN BY THESE PRESENTS, that Carl F. Jenkins as Receiver of **GLOBAL NAPS NETWORKS, INC.** ("Seller"), pursuant to an Amended Order For Appointment Of Keeper And Receiver dated May 13, 2010, attached hereto as Exhibit A, for and in consideration of a payment by **FIRST TELECOM SERVICES, LLC** ("Purchaser") of One Hundred Sixty Thousand Dollars ($160,000.00) the receipt and sufficiency of which is hereby acknowledged, does hereby give, sell, transfer, assign and set over and confirm unto Purchaser, its successors and assigns, the items defined in the Order (defined below) as the "GNN Lancaster Facilities."

TO HAVE AND TO HOLD the same unto the Purchaser, its successors and assigns forever.

Seller warrants he has been duly authorized as Receiver to sell, transfer and assign the GNN Lancaster Facilities free from all liens, encumbrances, and obligations to First Telecom Services, LLC pursuant to an Order of the United States District Court dated March ___, 2011 and attached hereto as Exhibit B ("Order").

This Bill of Sale shall be governed by and construed in accordance with the laws of the Commonwealth of Pennsylvania.

IN WITNESS WHEREOF, Seller has caused this instrument to be signed by it's duly authorized representative this ___ day of _____, 2011.

**WITNESS**                           **GLOBAL NAPS NETWORKS, INC.**

By _____             By _____

Print Name: _____            Print Name: <u>Carl F. Jenkins</u>

                                     Title: <u>Receiver</u>

Attachment 2.02 to Termination and Amendment Agreement between Amtrak, GNN and FTS

National Railroad Passenger Corporation
23615 Network Place
Group 5 - Real Estate Dept.
Chicago, IL 60673-1236

Global NAPs Networks

Invoice Number: 002497
Billing Date: 2/16/2011

| Date | Code Description | Charges | Payments | Amount Due |
|---|---|---|---|---|
| 1/13/2010 | RCPI CPI Adjustment 11/09 | $219.42 | $109.71 | $109.71 |
| 2/16/2010 | RCPI Lock Box-Batch Code:88-00001 | -$109.71 | -$109.71 | $0.00 |

Please direct inquires to the Real Estate Accountant at: 215-349-4629

BALANCE DUE $109.71

**INCLUDE A COPY OF YOUR INVOICE TO ENSURE PROPER APPLICATION OF PAYMENT**

**INVOICE**

Global NAPS Networks
350 Massachusetts Avenue
Cambridge, MA 02139

| INVOICE NO | BILLING DATE | CUSTOMER NO | FILE NUMBER |
|---|---|---|---|
| 002497 | 2/16/2011 | R3054 | T717D.000  1 |

| BLDG ID | LEASE ID |
|---|---|
| NTROWF | T00179 |

Location: Collocation Space - Amtrak POPs in WAS, DC; Baltimore, MD; WILM, DE; PHL, PA; Trenton, NJ; Newark, NJ and NYC

MAIL REMITTANCE AND MAKE CHECKS PAYABLE TO:
NRPC - AMTRAK
23615 Network Place
Group 5 - Real Estate Dept.
Chicago, IL 60673-1236

DUE DATE: UPON RECEIPT

AMT. ENCLOSED:

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $109.71 | $109.71 |

**INCLUDE A COPY OF YOUR INVOICE TO ENSURE PROPER APPLICATION OF PAYMENT**

National Railroad Passenger Corporation
NEC Finance - Real Estate Accounting
30th Street Station, 5NW - Box 61
Philadelphia, PA 19104

**INVOICE ENCLOSED**

Global NAPS Networks
Matthew Barrett - CBIZ Tofias
350 Massachusetts Avenue
Cambridge, MA 02139



# INVOICE

Mail Remittance To:
NATIONAL RAILROAD PASSENGER CORPORATION
AMTRAK - GROUP 1
23615 NETWORK PLACE
CHICAGO, IL. 60673-1236

| Customer No | Invoice No |
|---|---|
| N3054 | 100507992250902 |

GLOBAL NAPS NETWORK
ATTN: ACCOUNTS PAYABLE
10 MERRYMOUNT RD
QUINCY MA 02169

| Account Number | Due Date |
|---|---|
| 112607 | Upon Receipt |
| Invoice Date | Amount Enclosed |
| 5/31/2010 | |
| Cust. Proj. Mngr. | Amtrak Proj. Mngr. |
| | |

| Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|
| 5/31/2010 | | PO/Contract Number: CD708<br><br>Project No.    0799225<br>Billing for the month of:    April, 2010<br><br>Description<br>Cost associated with Supp. Svcs.Prelim. Engr. Remove Global Naps Fac. New Haven/Mystic<br>Work Element- 1799061<br><br><br>Interest will be charged on late payments in accordance with the terms and conditions of the contract.<br>Please include customer name, customer number and our Invoice number on your remittance to ensure your payment is credited to your account<br>Questions regarding this invoice may be directed to:<br>                Janice Vandergrift (215) 349-3295<br>or write to:    AMTRAK<br>                Mgr. Credit and Collections<br>                Box 61, Department C<br>                30th Street Station<br>                Philadelphia, PA 19104 | $1,582.61 |
| Invoice Comments: | | | $1,582.61 |

NRPC 1808 (4/91)
R#        63684  H

Invoice Number    100507992250902
---- Customer Copy ----
Please retain this portion for your records