UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 02-12489-RWZ
CIVIL ACTION NO. 05-10079-RWZ

GLOBAL NAPS, INC.

v.

VERIZON NEW ENGLAND, INC.

ORDER

July 24, 2013

ZOBEL, D.J.

On June 10, 2013, the court ordered the receiver to file by June 24 his recommendation on how the claims filed against the receivership assets should be resolved. The court further ordered that all responses and/or objections to the receiver's recommendation were to be filed by July 8, and scheduled a hearing on those responses and/or objections for July 31 at 2:00 pm.

The receiver's recommendation was duly filed, and the following claimants submitted objections:

- Light Tower Fiber LLC (Docket # 1006)
- NEON Optica, Inc. (Docket # 1008)
- Sidera Networks, LLC (Docket # 1010)
- NSTAR Communications, Inc. (Docket # 1011)
- Universal Service Administrative Company (Docket # 1012)

- Level 3 Communications, LLC (Docket # 1013)
- National Railroad Passenger Corporation (Amtrak) (Docket # 1027)

In addition, Frank Gangi filed an objection (Docket # 1004), and Verizon New England Inc., submitted a response in support of the receiver's recommendations (Docket # 1019).

The court will hear oral argument, but no testimonial evidence, from these objectors and supporters on July 31 at 2:00 pm. The parties named above may submit any evidence they consider necessary in the form of affidavits or other documents; such evidence shall be submitted by August 14. If any party named above feels it has not fully clarified its position in its written response and at the hearing, it may also submit a memorandum of no more than ten pages by the same date. In response, the receiver may by August 28 submit any affidavits or other evidentiary documents, together with a response of no more than ten pages to any new objecting memorandum.

|  |  |
|---|---|
|    July 24, 2013    <br> DATE |    /s/Rya W. Zobel    <br> RYA W. ZOBEL <br> UNITED STATES DISTRICT JUDGE |