UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 02-12489-RWZ
CIVIL ACTION NO. 05-10079-RWZ

GLOBAL NAPS, INC.

v.

VERIZON NEW ENGLAND, INC.

ORDER TO SHOW CAUSE

February 11, 2014

ZOBEL, D.J.

Frank Gangi seeks a protective order against requiring his attorney, William Barry, to produce documents described in Paragraph 7 of Exhibit "A" to the deposition subpoena duces tecum to Mr. Barry. That paragraph calls for "[a]ll documents and/or ESI referring and/or relating in whole and/or in part to any of the Judgment Debtors and/or entities listed in the Amended Order for Appointment of Keeper and Receiver ...." The motion is denied.

First, since the request is designed to ascertain Frank Gangi's interest in the several properties, it seeks relevant information.

Second, the objection based on privilege is overruled. The subpoena in paragraph 8 explicitly seeks only non-privileged materials, but with explanation, by means of a privilege log, for the refusal to produce any specific documents.

Frank Gangi's Motion for Further Instructions and Protective Order (Docket # 1079) is DENIED.

| February 11, 2014 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |