UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 02-12489-RWZ
CIVIL ACTION NO. 05-10079-RWZ

GLOBAL NAPS, INC.

v.

VERIZON NEW ENGLAND, INC.

ORDER

July 9, 2014

ZOBEL, D.J.

At Boston, Massachusetts, in said District this 9th day of July 2014.

This matter having come before me on the Receiver's Motion for Further Instructions and Orders and to Compel Transfer of New Hampshire Case File(s) (the "Motion"); and this court's May 13, 2010 Amended Order for Keeper and Receiver (the "Amended Order"), after consideration of the Motion and opposition thereto, I find that:

1. Chesapeake Investment Services, Inc. ("Chesapeake"), Global NAPs New Hampshire, Inc. ("GNAPs NH"), and Judgment Debtor, Frank Gangi ("Gangi") are subject to the provisions of the Amended Order.

2. The Receiver terminated the services of Attorney William H. Barry, III, and made written demand on Attorney Barry for the transfer of the complete files of Chesapeake, GNAPs NH and Gangi in connection with those parties' claims against the estate of Richard C. Gangi now pending in New Hampshire's Hillsborough County

Superior Court (Southern) (collectively the "Claims").

3. The Claims constitute Receivership Property under the Amended Order, and the files related to the Claims currently in the possession of Attorney Barry's counsel, Attorney Michael Ramsdell, also constitute Receivership Property and/or books and records of the Receivership.

It is hereby ORDERED:

1. Attorney William H. Barry, III, and/or Attorney Michael Ramsdell shall <u>forthwith</u> deliver and transfer to the Receiver's counsel, Donald H. C. Libbey, Esq., at 210 Highland Avenue, Ste. 2, Needham, MA 02492, but in no event later than seven (7) calendar days after the entrance of this order, the <u>original</u> and <u>complete</u> files in their possession, custody and control related to Chesapeake Investment Services, Inc., Global NAPs New Hampshire, Inc., and Frank Gangi's related claims against the estate of Richard C. Gangi consolidated and pending in New Hampshire's Hillsborough County Superior Court (Southern);

2. Service of this order shall be sufficient if by facsimile, email attachment and/or overnight delivery to Attorney William H. Barry, III, and/or Attorney Michael Ramsdell; and

3. All until further order of this court.

|  |  |
|---|---|
| July 9, 2014 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |